**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA E. SOSA-LOPEZ and DAVID E. LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 3:16-cv-00262-EMC<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER ON DEFENDANT NBS DEFAULT SERVICES, LLC'S NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:   December 9, 2015<br>Action Removed:  January 15, 2016<br>Trial Date:            None Set |

After consideration of the STIPULATION AND REQUEST FOR ORDER AFFIRMING DEFENDANT NBS DEFAULT SERVICES, LLC'S NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION, submitted by the parties to this action, and good cause appearing; therefore, IT IS HEREBY ORDERED that:

1. NBS DEFAULT SERVICES, LLC is a non-monetary party to this action.

2. NBS DEFAULT SERVICES, LLC shall not be required to participate in the underlying action.

/ / /

1   3. NBS DEFAULT SERVICES, LLC shall be bound by whatever order or judgment
2  is issued by this Court relating to the subject Deed of Trust and/or the Property that is the subject
3  of this action or proceeding provided such order or judgment is nonmonetary relief only.

4   **IT IS SO ORDERED.**

6  DATED:  February __10__, 2016



-2-