1  Robert A. Bailey (SBN 214688)
     rbailey@afrct.com
2  ANGLIN FLEWELLING RASMUSSEN
     CAMPBELL & TRYTTEN, LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Tel.: (626) 535-1900 | Fax: (626) 577-7764

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA E. SOSA-LOPEZ and DAVID E. LOPEZ,<br><br>            Plaintiffs,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.: 3:16-cv-00262-EMC<br><br>*[Assigned to the Honorable Edward M. Chen]*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE WELLS FARGO BANK, N.A.'S MOTION TO DISMISS COMPLAINT AND CASE MANAGEMENT CONFERENCE OFF-CALENDAR**<br><br>ORDER<br><br>Date:   June 23, 2016<br>Time:   1:30 p.m.<br>Crtrm.:  5, 17th Floor |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  TO THE HONORABLE COURT:

2      PLEASE TAKE NOTICE that the parties have reached a settlement of this matter in

3  principal.  The settlement documents are currently being finalized and the parties expect the

4  action will be finally resolved and dismissed with prejudice within thirty (30) days.

5  Accordingly, the parties request that Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint

6  and the Case Management Conference currently scheduled for June 23, 2016 be taken off-

7  calendar and all other dates be vacated pending dismissal.

8

9  Dated:  April 15, 2016      ANGLIN FLEWELLING RASMUSSEN
10     CAMPBELL & TRYTTEN, LLP

11

12     By:    /s/ Robert A. Bailey
    Robert A. Bailey
13     Attorneys for Defendant
    WELLS FARGO BANK, N.A.
14

15

16 Dated:  April 15, 2016      KETTNER LAW CORPORATION

17

18     By:    /s/ Marc S. Applbaum
    Marc Applbaum
19     Attorneys for Plaintiffs
    MARIA E. SOSA-LOPEZ and DAVID E.
20     LOPEZ

21 Pursuant to Civil L.R. 5-1(i)(3), I, Robert A. Bailey, certify that I am the ECF user whose
identification and password are being used to file this Notice of Settlement.  I hereby attest that
22 Marc S. Applbaum has concurred in this filing with his electronic signature.

23

24     By:    /s/ Robert A. Bailey
    Robert A. Bailey
25

26

27

28

```
IT IS SO ORDERED that the motion to dismiss
is vacated, however, the CMC remains set for
6/23/16 at 9:30 a.m.  An updated joint CMC
statement shall be filed by 6/16/16.
_____
Edward M. Chen
U.S. District Judge
```



# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin Flewelling Rasmussen Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF SETTLEMENT AND REQUEST TO TAKE WELLS FARGO BANK, N.A.'S MOTION TO DISMISS COMPLAINT AND CASE MANAGEMENT CONFERENCE OFF-CALENDAR**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiffs:*

Marc Applbaum, Esq.
KETTNER LAW CORPORATION
2150 W. Washington St., Suite 104
San Diego, CA 92110
Tel.: (619) 756-7300 | Fax: (619) 363-3944
marc@kettnerlawcorp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 15, 2016.

| Yvonne L. Blum | /s/ Yvonne L. Blum |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |